FILED 19 MAY '22 16:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00190-SI |
| v. | INDICTMENT |
| CHRISTOPHER DAVID MICHALSKI, | 18 U.S.C. § 875(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Interstate Communication of Threats)**
**(18 U.S.C. § 875(c))**

On or about and between February 2022 and April 14, 2022, within the District of Oregon, defendant **CHRISTOPHER DAVID MICHALSKI** did knowingly and willfully transmit in interstate and foreign commerce, via the Internet, a communication containing a threat to injure a person, to-wit: employees of Robinhood and their family members;

In violation of Title 18, United States Code, Section 875(c).

Dated: May 18, 2022.

A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:
SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Scott Kerin*
SCOTT M. KERIN, OSB #965128
Assistant United States Attorney

Indictment