Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Phone: (503) 351-2327
Fax: (503) 914-6665
Email: bwnlaw@gmail.com
Attorney for Defendant
Christopher David Michalski

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER DAVID MICHALSKI,<br><br>　　　　　Defendant. | No. 3:22-CR-00190-SI<br><br>**DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL** |

I, BEAR WILNER-NUGENT, make the following declaration under the penalty of perjury and

based on my own personal knowledge. I am competent to testify to the following:

1. I am a licensed attorney in Oregon and a member of the bar of this court.

2. I have been retained by defendant to represent him in this case.

3. I have contacted Assistant Federal Public Defender Alison M. Clark to inform her that I
   have been retained by defendant and that I would be filing a motion for substitution of
   counsel.

I hereby declare that the above statements are true to the best of my knowledge and belief and

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S MOTION
FOR SUBSTITUTION OF COUNSEL – Page 1

that I understand that they are made for use as evidence in court and are subject to penalty for

perjury.

RESPECTFULLY SUBMITTED May 23, 2022.

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Defendant
Christopher David Michalski

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S MOTION
FOR SUBSTITUTION OF COUNSEL – Page 2