Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Phone: (503) 351-2327
Fax: (503) 914-6665
Email: bwnlaw@gmail.com
Attorney for Defendant Christopher David Michalski

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   CHRISTOPHER DAVID MICHALSKI,   Defendant. | No. 3:22-CR-00190-SI   **DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

I, BEAR WILNER-NUGENT, make the following declaration under the penalty of perjury and based on my own personal knowledge. I am competent to testify to the following:

1. I am the attorney for defendant Christopher David Michalski. I make this declaration in support of defendant's unopposed motion to continue the trial date.

2. The trial is currently scheduled for 9:00 a.m. on August 2, 2022.

3. Defendant seeks to continue the trial date for approximately 60 days.

4. Defendant is not in custody. He is being supervised by United States Pretrial Services.

5. This is defendant's first motion for a continuance in this case.

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE – Page 1

6. The indictment charges defendant with one count of interstate communication of threats.

7. The requested continuance is necessary for an effective defense. I am in the process of procuring defendant's prior mental health records, which are necessary mitigation materials. We need time to obtain, analyze, and, if appropriate, share these records in service of a hoped-for negotiated resolution.

8. Assistant United States Attorney Scott Kerin has stated that the government does not oppose this motion.

9. I have discussed with defendant the need to make this motion in order to provide him with effective representation in service of the best possible outcome. Defendant agrees with the continuance, understands the rights provided by the Speedy Trial Act, and waives those rights for the period of the continuance in light of the reason for the continuance.

10. Defendant is not making this motion for the purpose of delay.

I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that they are made for use as evidence in court and are subject to penalty for perjury.

RESPECTFULLY SUBMITTED July 18, 2022.

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Defendant Christopher David Michalski

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE – Page 2